Ocean Frontage Company, a Corporation, Russ J.
Christy and Amelia Christy, His Wife, and Henry
C. Cutting, *Appellants,* v. H. W. McFadden, *Appellee.*

Division A.

Decision filed July 19, 1929.

*John W. Dodge,* for Appellants;

*Baker, Baker & Rutherford,* for Appellee.

Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of the record of
the decree herein, and briefs and argument of counsel for
the respective parties, and the record having been seen and
inspected, and the Court being now advised of its judgment
to be given in the premises, it seems to the Court that there
is no error in the said decree; it is, therefore, considered
and decreed by the Court that the said decree of the Circuit
Court be, and the same is hereby affirmed, upon authority
of Ocean Frontage Company, et al., v. McFadden (Case
No. 1), decided this term.

Terrell, C. J., and Ellis and Brown, J. J., concur.

Whitfield, P. J., and Strum and Buford, J. J., concur
in the opinion and judgment.